■ In the Matter of ULYSSES T., SR., Respondent, v W. BURTON RICHARDSON, as Commissioner of Monroe County Department of Social Services, Appellant.

— Appeal unanimously dismissed as moot, without costs. (Appeal from order of Monroe County Family Court, Willis, J. — visitation.) Present — Simons, J. P., Callahan, Denman, Boomer and Moule, JJ.